IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMERICAN FAMILY HOME INSURANCE COMPANY, as Subrogee of Adrian Biesecker,<br><br>        Plaintiff,<br><br>  v.<br><br>MCLAREN AUTOMOTIVE, INC., and KRAUSE FAMILY MOTORCARS, LLC,<br><br>        Defendants. | Docket No. 2:21-cv-04016-JDW |

**DECLARATION OF CLINTON J. McCORD IN SUPPORT OF PLAINTIFF'S SUPPLEMENTAL BRIEF IN OPPOSITION TO MOTION TO DISMISS OF DEFENDANT KRAUSE FAMILY MOTORCARS, LLC**

I, Clinton J. McCord, do hereby declare as follows:

1. I am counsel of record for Plaintiff, American Family Home Insurance Company as subrogee of Adrian Biesecker. I have personal knowledge of the facts stated herein.

2. Attached hereto as **Exhibit 1** (first page) is a true and correct copy of a document (sales summary) that was produced by Defendant Krause Family Motorcars, LLC ("Krause") on January 21, 2022. My office added the document label/number "KRAUSE_0001" for ease of refence. The remainder of Exhibit 1 is a true and correct copy of an e-mail exchange between me and Krause's counsel. My office added the yellow highlight on the second page.

3. Attached hereto as **Exhibit 2** and **Exhibit 3** are true and correct copies of documents that were produced by Krause on January 21, 2022. My office added the document labels/numbers for ease of refence.

4. Attached hereto as **Exhibit 4 is** a true and correct copy of "Amended Answers of

1

Defendants, Krause Family Motorcars, LLC to Plaintiffs' First Set of Interrogatories" that was served by Krause on January 21, 2022.

    I declare and certify under the penalty of perjury that the foregoing is true and correct. Executed on January 28, 2022, in Des Moines, Iowa.

*C M'Cl*

_____