# McCord Exhibit 1

| Stock No. | Contract Date | Make | Model | Sale Price | Buyer Name | Deal Number | Buyer State/Province |
|---|---|---|---|---|---|---|---|
|  | 8/16/2016 | Aston Martin | DB9 | $ 129,500.00 |  | 21850 | PA |
| 11109K | 1/30/2017 | BMW | M4 | $ 72,500.00 |  | 22276 | PA |
| 11150K | 2/18/2017 | Lamborghini | Aventador | $ 326,701.00 |  | 22357 | PA |
| 10988A | 5/15/2017 | McLaren | 650S | $ 202,500.00 |  | 22652 | PA |
|  | 5/22/2017 | MCLAREN | MCLAREN 650S | $ 240,000.00 |  | 22662 | PA |
| 11232 | 5/31/2017 | Maserati | GranTurismo | $ 46,250.00 |  | 22674 | PA |
| 11222 | 8/8/2017 | Mercedes-Benz | S 65 AMG | $ 148,211.00 |  | 22910 | PA |
| DUP - 11421B | 12/19/2017 | Maserati | GranTurismo | $ 39,500.00 |  | DUP - 23301 | PA |
| 11421B | 12/19/2017 | Maserati | GranTurismo | $ 39,500.00 |  | 23301 | PA |
|  | 10/9/2018 | Porsche | Macan | $ 62,500.00 |  | 438 | PA |
| 11609 | 10/10/2018 | Land Rover | Range Rover | $ 63,500.00 |  | 446 | PA |
| MC116545A | 10/19/2018 | McLaren | MP4-12C | $ 125,500.00 |  | 454 | PA |
| Racecar3 | 1/15/2019 | LAMBORGHINI | HURACAN SUPER T | $ 224,201.00 |  | 694 | PA |
| AM12006D | 12/31/2019 | Ford | Shelby GT500 | $ 34,500.00 |  | 1527 | PA |
|  | 1/27/2020 | McLaren | 720S | $ 305,000.00 |  | 1602 | PA |
| LM12105A | 5/23/2020 | Audi | R8 | $ 175,500.00 |  | 1853 | PA |
| LM12113M | 5/27/2020 | Lamborghini | Gallardo | $ 110,000.00 |  | 1860 | PA |
| 12332 | 11/9/2020 | Rolls-Royce | Dawn | $ 242,000.00 |  | 2242 | PA |
| RR12530 | 3/17/2021 | ROLLS-ROYCE | PHANTOM | $ 482,250.00 |  | 2623 | PA |
| 12463B | 3/18/2021 | Alfa Romeo | 4C Spider | $ 71,101.00 |  | 2633 | PA |
| 12250B | 3/25/2021 | Alfa Romeo | Giulia | $ 52,301.00 |  | 2638 | PA |
| 12499A | 3/25/2021 | Alfa Romeo | 4C Spider | $ 44,999.00 |  | 2639 | PA |
| 3042D | 5/18/2021 | Porsche | 911 | $ 71,601.00 |  | 2798 | PA |
| 12608 | 6/30/2021 | Aston Martin | Vantage | $ 132,001.00 |  | 2913 | PA |
| 12584 | 7/30/2021 | Audi | R8 | $ 106,200.00 |  | 2968 | PA |

| | |
|---|---|
| **From:** | klizzano@mhdlegal.com |
| **To:** | Clint McCord; "Joseph M. DeMarco, Esquire" |
| **Cc:** | kevin.penhallegon@nelsonmullins.com; Marie Cheung-Truslow; ptimoney@devinetimoney.com; "Jessica Shawaluk" |
| **Subject:** | RE: American Family Home a/s/o Biesecker v. Krause Family Motorcars, et al. |
| **Date:** | Wednesday, January 26, 2022 3:57:48 PM |
| **Attachments:** | image001.png |
| | image002.png |
| | image003.png |

Clint,

I response to your inquiry below. I was advised that the data sheets we provided included everything up through the day they were pulled, which was December 10, 2021. Subsequent to our first round of responses to you, there was one additional vehicle sold, but no other service to customers giving a PA address. The vehicle sale information is as follows:

Date of Sale: 12/23/21; Make: Range Rover; Sale Price: $70,301.

Please advise if you have any further questions.

Thank you,
Kristen



Kristen E. Lizzano, Esquire
March Hurwitz & DeMarco, P.C.
Providence Center
1100 N. Providence Road
Media, Pennsylvania 19063
Tel. 610-565-3950
Dir. 610-565-3953
WWW.MHDLEGAL.COM

Confidentiality Notice: This transmission and any documents, files or previous e-mail messages attached to it are confidential and are protected by the attorney-client privilege and/or work product doctrine. If the above communication is made for the purposes of settlement or contains information concerning potential settlement, then it is confidential and governed under appropriate court rules. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any review, disclosure, copying, dissemination, distribution or use of any of the information contained in, or attached to this e-mail transmission is strictly prohibited. If you have received this transmission in error, please immediately notify me by forwarding it to klizzano@mhdlegal.com.

**From:** Clint McCord <clint@cheungtruslowlaw.com>
**Sent:** Tuesday, January 25, 2022 5:35 PM
**To:** Joseph M. DeMarco, Esquire <jdemarco@mhdlegal.com>
**Cc:** klizzano@mhdlegal.com; kevin.penhallegon@nelsonmullins.com; Marie Cheung-Truslow <marie@cheungtruslowlaw.com>; ptimoney@devinetimoney.com; Jessica Shawaluk <jshawaluk@devinetimoney.com>
**Subject:** RE: American Family Home a/s/o Biesecker v. Krause Family Motorcars, et al.

Joe,

Thank you for sending the supplemental discovery responses. The most recent PA buyer contract provided shows a sale date of 7-30-2021. Have there been any PA sales or services since then (in the

past 6 months)?

Clint


Clint McCord, Esq.

**LAW OFFICES OF**
**MARIE**CHEUNG-TRUSLOW

Main Number: (617) 777-4748
Direct Number: (617) 935-0828
Fax Number: (617) 553-1940
clint@cheungtruslowlaw.com
www.cheungtruslowlaw.com

Office Address:
101 Arch Street, 8th Floor
Boston, MA 02110

Mailing Address:
19 Tobisset Street
Mashpee, MA 02649

---

**From:** klizzano@mhdlegal.com <klizzano@mhdlegal.com>
**Sent:** Friday, January 21, 2022 10:58 PM
**To:** Marie Cheung-Truslow <marie@cheungtruslowlaw.com>; Clint McCord <clint@cheungtruslowlaw.com>; ptimoney@devinetimoney.com; kevin.penhallegon@nelsonmullins.com
**Cc:** Joseph M. DeMarco, Esquire <jdemarco@mhdlegal.com>
**Subject:** American Family Home a/s/o Biesecker v. Krause Family Motorcars, et al.

Counsel,

Please see the attached. The supplemental document production is available for download via: 03 Supp Doc Prod (Venue).pdf

Thank you,
Kristen



Kristen E. Lizzano, Esquire
March Hurwitz & DeMarco, P.C.
Providence Center
1100 N. Providence Road
Media, Pennsylvania 19063
Tel. 610-565-3950
Dir. 610-565-3953
www.mhdlegal.com

*Confidentiality Notice: This transmission and any documents, files or previous e-mail messages attached to it are confidential and are protected by the attorney-client privilege and/or work product doctrine. If the above communication is made for the purposes of settlement or contains information concerning potential settlement, then it is confidential and governed under appropriate court rules. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any review, disclosure, copying, dissemination, distribution or use of any of the information contained in, or attached to this e-mail transmission is strictly prohibited. If you have received this transmission in error, please immediately notify me by forwarding it to klizzano@mhdlegal.*