# McCord Exhibit 2



**BILL OF SALE**
**BUYER'S ORDER**
**INVOICE**

KRAUSE FAMILY
MOTORCARS OF ATLANTA
7865 ROSWELL ROAD NE • ATLANTA, GA 30350
404-233-4269  404-233-4BMW or 770-394-4234 • FAX 770-604-9481
www.motorcarsofatlanta.com

Stock No. **LM12105A**
Date **05/23/20**
Salesman **CHRISTOPHER FIFFIE**

EMAIL [redacted]
Purchaser [redacted]
Address [redacted]   City **PITTSBURGH**   State **PA**   County **ALLEGHENY**   ZIP **15203**
Home Telephone [redacted]   Business Telephone **(412)251-7994**

I or we (referred to as Buyer or Purchaser) hereby agree to purchase from you under the terms and conditions specified, the following:

New ____ Used **X** Demo ____ Year **2020**
Make **AUDI**   Body **COUPE**   Model **R8**   Color **BLACK**
VIN **WUAKBAFX1L7900028**   In Service Date ____   Mileage **869**

| USED CAR TRADE-IN / OTHER CREDITS | | BASE PRICE | 175,500.00 |
|---|---|---|---|
| Make | Mileage | TIRE & WHEEL | 3,000.00 |
| Year | Model | | |
| Color | Tag # | | |
| Serial # | | | |
| Bal. Owed To: | Amount | | |
| Address | | | |
| **SECOND TRADE-IN** | | | |
| Make | Mileage | Cash Price | 178,500.00 |
| Year | Model | Trade In Allowance | N/A |
| Color | Tag # | Buyer's Difference | 178,500.00 |
| Serial # | | Notary / Processing | N/A |
| Bal. Owed To: | Amount | Dealer Admin Charge | 799.00 |
| Address | | Selling Price | 179,299.00 |

You will be allowed a credit of $ N/A on the above described trade-in
LESS NET PAYOFF OF ALL LIENS AGAINST IT, which you represent to be $
N/A payable to N/A

| | |
|---|---|
| Sales Tax / Tavt | 12,550.93 |
| Tag & Title Fees | 400.00 |
| Extended Service Plan | N/A |
| Guaranteed Assets Protection (Gap) | N/A |
| Ga Mv Warranty Rights Fee | N/A |
| Maintenance Plan | N/A |
| Balance Owed On Trade | N/A |
| Total Delivery Price | 192,249.93 |
| Deposit | N/A |
| Down Payment | 85,000.00 |
| Balance Due On Delivery | 107,249.93 |

I understand that if the payoff amount differs, the net allowance will be adjusted. I understand that if the payoff is greater than shown, I am responsible for the difference. Should the payoff be less, I understand that it is the lienholder's responsibility to refund the amount.

X _____
PURCHASER'S SIGNATURE

UNLESS THE MANUFACTURER OR THE DEALER HAS ISSUED SPECIFIC WARRANTY ON THIS VEHICLE, SEE THE DISCLAIMER OF WARRANTY ON THE BACK OF THIS CONTRACT. (SEE SECTIONS 3, 8, 7 ON REVERSE)

**PURCHASER'S CERTIFICATION**
1. Purchaser certifies that the mileage as shown on the odometer on my trade-in is the actual mileage of this vehicle.
2. Purchaser agrees that this Agreement includes all of the terms and conditions on both the face and reverse side hereof, that this Agreement cancels and supersedes any prior Agreement and as of the date hereof comprises the complete and exclusive statement of terms of the Agreement relating to the subject matters covered hereby. The Agreement cannot be modified except by express written Agreement of the parties. Purchaser by his execution of the Agreement acknowledges that he has read its terms and conditions and has received a true copy of the Agreement.

**TRANSIT DAMAGE**
3. Buyer acknowledges that there may have been certain transit and/or storage damage to the vehicle sold by the Seller herein, and Purchaser hereby releases the Seller for any and all claims arising out of such transit and/or damage.

**KNOWN DEFECTS**
4. All equipment (including tires) as appraised on my trade in will remain, and the only existing material defects known to me on the motor vehicle that is being traded into the dealer are: NONE _____
AND IF NONE SO STATE

5. THIS IS A CASH SALE.
6. However, in the event any portion of the purchase price is financed, the Agreement and any subsequent retail installment contract or security agreement are subject to the acceptance of said retail installment contract or security agreement by a bank or finance company.
7. NOTICE: IF YOU ARE BUYING A USED VEHICLE, SEE THE REVERSE SIDE UNDER "PROVISIONS APPLICABLE ON SALE OF A USED VEHICLE" BECAUSE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE ARE DISCLAIMED AND CERTAIN STATEMENTS ARE MADE CONCERNING THE ODOMETER READING.
8. Purchaser acknowledges that the vehicle purchased from the dealer has a Federal Price Label on the vehicle pursuant to Public Law 85-506, if a new vehicle, or has a "Buyers Guide" affixed to a side window pursuant to 16 C.F.R. 455.2, if a used vehicle.
9. I certify that I am 18 years of age, or older, and that I have read the printed matter on the front and back hereof and agree to it as a part of the order the same as if it were printed above my signature.

I FURTHER ACKNOWLEDGE THIS ORDER SHALL NOT BECOME BINDING UNTIL ACCEPTED BY THE DEALER OR HIS AUTHORIZED REPRESENTATIVE.

IN THE EVENT THIS CONTRACT RELATES TO A NEW MOTOR VEHICLE PURCHASE [redacted] BUYER ACKNOWLEDGES [redacted] BY THE MANUFACTURER [redacted] THAT EXPLAINS THE CO[redacted] AND (B).

[signature] PA
Co-Purchaser   state

**LIENHOLDER**
PNC BANK N.A.
2730 LIBERTY AVE.
PITTSBURGH, PA 15222

Agreement to Arbitrate: By signing below, you agree that, pursuant to the Arbitration Provision on the [redacted] elect to resolve any dispute by neutral, binding arbitration [redacted] tion Provision for additional information concerning the [redacted]



X _____
Co-Buyer Signs

NAME: **MOTORCARS OF GEORGIA**
ADDRESS: **7865 Roswell Rd**
**Atlanta, GA 30350**
Accepted Dealer
By: **S. BROWN**

*Important Notice to Buyers:*
Paragraphs 6 and 7 on the reverse side of this order relate to the warranty information on used cars. (The Buyer **must read and sign** the applicable paragraph.)

CONTINUATION OF TERMS AND CONDITIONS CONSTITUTING A PART OF THIS ORDER

NOTICE: LANGUAGE IN SECTION 3, SECTION 6, AND SECTION 7 DISCLAIMING IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE ON VEHICLE WHICH IS SUBJECT OF THIS ORDER DOES NOT APPLY WHEN A SERVICE CONTRACT IS SOLD WITHIN 90 DAYS OF THE VEHICLE'S DATE OF SALE IN WHICH THE DEALER IS LEGALLY LIABLE UNDER THE SERVICE CONTRACT.

**Provisions Applicable On Sale Of New Vehicle**

1. PRICE REVISION: In the event of the price to Dealer of the series and body type ordered by Purchaser is changed by the manufacturer prior to delivery to Purchaser of the vehicle order by Purchaser, Dealer has the right to accordingly change the cash delivered price to Purchaser provided that if Purchaser does not agree with such price change Purchaser may cancel this Purchase Order in which event if a used vehicle has been traded-in as part of the consideration for the vehicle purchased by Purchaser such traded-in vehicle shall be returned to Purchaser upon payment of a reasonable charge for storage and repairs (if any) or, if such traded-in vehicle has been previously sold by Dealer the amount received therefore less a selling commission of 15% and any expense (for storing, insuring, conditioning, or advertising such vehicle for sale) shall be returned to Purchaser.
2. It is understood that there is no relationship of principal and agent between the dealer and the manufacturer and that the dealer is not authorized to act or attempt to act, or represent himself directly or by implication, as agent of the manufacturer, or in any manner assume to create or attempt to create, any obligation on behalf of or in the name of the manufacturer.
3. THE ONLY WARRANTIES APPLYING TO THIS VEHICLE ARE THOSE OFFERED BY THE MANUFACTURER, THE SELLING DEALER HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES, EITHER EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, AND NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF THE VEHICLE. BUYER SHALL NOT BE ENTITLED TO RECOVER FROM THE SELLING DEALER ANY CONSEQUENTIAL DAMAGES TO PROPERTY, DAMAGES FOR LOSS OF USE, LOSS OF TIME, LOSS OF PROFITS OR INCOME, OR ANY OTHER INCIDENTAL DAMAGES.
4. USED MOTOR VEHICLE BUYERS GUIDE: If you are buying a used vehicle with this contract, federal regulations may require a special Buyers Guide to be displayed on the window of the vehicle. THE INFORMATION YOU SEE IN THE WINDOW FORM OF THIS VEHICLE IS PART OF THIS CONTRACT. INFORMATION ON THE WINDOW FORM OVERRIDES ANY CONTRARY PROVISIONS IN THE CONTRACT OF SALE.

**Provisions Applicable On Sale Of A Used Vehicle**

5. THE INFORMATION YOU SEE ON THE WINDOW FORM (BUYERS GUIDE) FOR THIS VEHICLE IS PART OF THIS CONTRACT. INFORMATION ON THE WINDOW FORM OVERRIDES ANY CONTRARY PROVISIONS IN THE CONTRACT OF SALE.
6. WITHOUT A WRITTEN DEALER'S WARRANTY:
   A. The vehicle described on the reverse of this page is being sold to you "AS IS" and "WITH ALL FAULTS," and THE SELLING DEALER HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES, EITHER EXPRESS OR IMPLIED, INCLUDING ANY WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, and neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of this vehicle. Further, the undersigned acknowledges that he is not relying on any representations in purchasing this vehicle that may have been made by dealer or its agents or employees concerning the condition of the vehicle which are not stated herein. Purchaser shall not be entitled to recovery from the selling dealer for any consequential damages, incidental damages, property damage, or damages for loss of use, loss of time, loss of profits, for inconvenience or loss of income. If selling dealer issues a written express warranty or there remains a part of the manufacturer's warranty which has not expired according to its terms, this provision does not apply.
   B. The selling Dealer received this vehicle, with approximately the mileage shown on the odometer (less miles driven for testing and demonstration). However, selling Dealer makes no warranty or representation as to the accuracy of said odometer reading, either express or implied, except that said odometer reading has not been altered by selling Dealer, and that Dealer has no knowledge that it was altered or disconnected prior to the time this vehicle came into Dealer's possession. In consideration of the purchase price stated on the reverse side of this page, Purchaser hereby releases and forever discharges Dealer, its officers, directors, employees, agents, successors and assigns, from any and all claims, causes of action, liability and damages, which may result or develop from the accuracy of the odometer reading, and in the event that a claim is asserted against Dealer by subsequent Purchaser of this vehicle based upon the accuracy of the odometer reading, Purchaser agrees to indemnify and hold harmless Dealer therefrom.

   Purchaser understands that D[redacted]e to the odometer by previous owners, and that Dealer has no way to ascertain the correctness of the odometer reading. Dealer has [redacted] entity from whom Dealer purchased the vehicle and to provide Purchaser with information as to how he may contact the previous o[redacted]venue the mileage shown on the odometer on any previous transactions concerning this vehicle.

   Purchaser acknowledges that [redacted] ovisions of this disclaimer of warranty and release as set form in paragraph 6.

   Signature of Buyer/s: [redacted]                                                                                                      Date: 05/23/20

7. WITH A DEALER'S WRITTEN WARRANTY:
   A. The only warranties applying to the sale of this vehicle are those extended by the manufacturer in an unexpired manufacturer's warranty, if any so exists, and/or an express written limited warranty extended by selling Dealer and delivered to Purchaser at the time of delivery of this vehicle. The provisions and terms of such express written limited warranty are those set out in such instrument, and SELLING DEALER HEREBY EXPRESSLY DISCLAIMS ALL OTHER WARRANTIES NOT CONTAINED THEREIN, EXPRESS OR IMPLIED, INCLUDING ANY WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. Further, selling Dealer neither assumes nor authorizes any person to assume for it any liability other than that expressed in such instrument. The undersigned acknowledges that he is not relying on any representations in purchasing this vehicle that may have been made by Dealer or its agents or employees concerning the condition of this vehicle which are not stated herein. Purchaser's damages for the condition of this vehicle are limited and restricted to those which are recoverable under the terms of such express written limited warranty, and selling Dealer hereby disclaims and excludes liability for any damages not recoverable by Purchaser thereunder. If the vehicle is sold "as is" and "with all faults" this provision does not apply.
   B. The selling Dealer received this vehicle, with approximately the mileage shown on the odometer (less miles driven for testing and demonstration). However, selling Dealer makes no warranty or representation as to the accuracy of said odometer reading, either express or implied, except that said odometer reading has not been altered by selling Dealer, and that Dealer has no knowledge that it was altered or disconnected prior to the time this vehicle came into Dealer's possession. In consideration of the purchase price stated on the reverse side of this page, Purchaser hereby releases and forever discharges Dealer, its officers, directors, employees, agents, successors and assigns, from any and all claims, causes of action, liability and damages, which may result or develop from the accuracy of the odometer reading, and in the event that a claim is asserted against Dealer by a subsequent Purchaser of this vehicle based u[redacted]ser agrees to indemnify and hold harmless Dealer therefrom.

   Purchaser acknowledges that he [redacted] sions of this disclaimer of warranty and releases as set forth in paragraph 7.

   Signature of Buyer/s: [redacted]                                                                                                      Date: 05/23/20

**Other Provisions**

8. NOTIFY SELLER WITHIN 20 DAYS: Purchaser shall give notice to seller of any breach of contract or breach of express or implied warranty applicable to the goods within twenty (20) days of the time he discovers or should have discovered the said breach or the Purchaser shall be barred from any remedy for the breach. Purchaser shall thereafter return the goods to seller, or anyone designated by seller, within twenty (20) days after the notice of breach to allow the seller the opportunity to cure the breach or the Purchaser shall be barred from any remedy for the breach.
9. REAPPRAISAL OF TRADED-IN VEHICLE: If a vehicle has been traded in as part of the consideration for the vehicle ordered by Purchaser hereunder and such vehicle is not delivered to Dealer until delivery to Purchaser of the vehicle purchased by Purchaser, such traded-in vehicle shall be reappraised at the time and such reappraisal value shall determine the allowance made for such vehicle. If such reappraised value is lower than the original allowance therefor shown on the face of this Purchase Order, Purchaser may, if dissatisfied therewith, cancel this Purchase Order, provided however, that such right to cancel is exercised prior to delivery of the vehicle ordered hereunder to the Purchaser and surrender of the traded-in vehicle to Dealer.
10. PURCHASER'S WARRANTY OF TITLE AND PROMPT DELIVERY OF TITLE: Purchaser warrants that the traded-in vehicle is his property free and clear of all liens and encumbrances except as otherwise noted on the title. Purchaser understands that the delivery and assignment of the certificate of title to any trade-in vehicle is an integral part of the entire sales transaction expressed in this retail buyer's order. If Purchaser does not simultaneously assign and deliver the certificate of title at the time of trade-in, or fails to do so within five (5) days of the trade-in, seller may: (1) cancel the sale/purchase order and exercise any and all remedies under law including repossession; or (2) treat the sale in every respect as if no trade-in took place and revise the purchase price for the ordered vehicle accordingly. In such cases, Purchaser's trade-in will be returned upon payment of reasonable charge for storage and repairs, if any.
11. FAILURE OR REFUSAL TO ACCEPT DELIVERY: Unless this Purchaser Order shall have been cancelled by Purchaser under and in accordance with the provisions of paragraphs "1" or "9" above, Dealer shall have the right, upon failure or refusal of Purchaser to accept delivery of the vehicle ordered and to comply with the terms of this Purchase Order, to retain as liquidated damages any cash deposit made by the Purchaser, and, in the event a vehicle has been traded in as a part of the consideration for the vehicle ordered by Purchaser hereunder to sell such traded-in vehicle and reimburse himself with the proceeds of such sale for the expenses specified in paragraph hereunder to sell such traded-in vehicle and reimburse himself with the proceeds of such sale for the expenses specified in paragraph "1" above and for such other expenses and losses as Dealer may incur or suffer as a result of such failure or refusal by Purchaser.
12. FAILURE OR DELAY OF DELIVERY: Dealer shall not be liable for failure to deliver or delay in delivery of the vehicle accessories or other parts thereof covered by the Purchase Order where such failure or delay is due, in whole or in part, to any cause other than the negligence of the Dealer.

---

**ARBITRATION PROVISION**
**PLEASE REVIEW - IMPORTANT - AFFECTS YOUR LEGAL RIGHTS**

1. EITHER YOU OR WE MAY CHOOSE TO HAVE ANY DISPUTE BETWEEN US DECIDED BY ARBITRATION AND NOT IN COURT OR BY JURY TRIAL.
2. IF A DISPUTE IS ARBITRATED, YOU WILL GIVE UP YOUR RIGHT TO PARTICIPATE AS A CLASS REPRESENTATIVE OR CLASS MEMBER ON ANY CLASS CLAIM YOU MAY HAVE AGAINST US INCLUDING ANY RIGHT TO CLASS ARBITRATION OR ANY CONSOLIDATION OF INDIVIDUAL ARBITRATIONS.
3. DISCOVERY AND RIGHTS TO APPEAL IN ARBITRATION ARE GENERALLY MORE LIMITED THAN IN A LAWSUIT, AND OTHER RIGHTS THAT YOU AND WE WOULD HAVE IN COURT MAY NOT BE AVAILABLE IN ARBITRATION.

Any claim or dispute, whether in contract, tort, statute or otherwise (including the interpretation and scope of this Arbitration Provision, and the arbitrability of the claim or dispute), between you and us or our employees, agents, successors or assigns, which arises out of or relates to your credit application, purchase or condition of this vehicle, this contract or any resulting transaction or relationship (including any such relationship with third parties who do not sign this contract) shall, at your or our election, be resolved by neutral, binding arbitration and not by a court action. If federal law provides that a claim or dispute is not subject to binding arbitration, the Arbitration Provision shall not apply to such claim or dispute. Any dispute is to be arbitrated by a single arbitrator on an individual basis and not as a class action. You expressly waive any right you may have to arbitrate a class action. You may choose the American Arbitration Association, 1633 Broadway, 10th Floor, New York, New York 10019 www.adr.org), or any other organization to conduct the arbitration subject to our approval. You may get a copy of the rules of an arbitration organization by contacting the organization or visiting its website.

Arbitrators shall be attorneys or retired judges and shall be selected pursuant to the applicable rules. The arbitrator shall apply governing substantive law and the applicable statue of limitations. The arbitration hearing shall be conducted in the federal district in which you reside unless the Seller-Creditor is a party to the claim or dispute, in which case the hearing will be held in the federal district where this contract was executed. We will pay your filing, administration, service or case management fee and your arbitrator or hearing fee all up to a maximum of $5000, unless the law or rules of the chosen arbitration organization require us to pay more. The amount we pay may be reimbursed in whole or in part by decision of the arbitrator if the arbitrator finds that any of your claims is frivolous under applicable law. Each party shall be responsible for its own attorney, expert and other fees, unless awarded by the arbitrator under applicable law. If the chosen arbitration organization's rules conflict with this Arbitration Provision, then the provisions of this Arbitration Provision shall control. Any arbitration under this Arbitration Provision shall be governed by the Federal Arbitration Act (9 U.S.C. § 1 et. seq.) and not by any state law concerning arbitration. Any award by the arbitrator shall be in writing and will be final and binding on all parties, subject to any limited right to appeal under the Federal Arbitration Act.

You and we retain the right to seek remedies in small claim court for disputes or claims within the court's jurisdiction, unless such action is transferred, removed or appealed to a different court. Neither you nor we waive the right to arbitrate by using self-help remedies, such as repossession, or by filing an action to recover the vehicle, to recover a deficiency balance, or for individual injunctive relief. Any court having jurisdiction may enter judgment on the arbitrator's award. This Arbitration Provision shall survive any termination, payoff or transfer of this contract. If any part of this Arbitration Provision, other than waivers of class action rights, is deemed or found to be unenforceable for any reason, the remainder shall remain enforceable. If a waiver of class action rights is deemed or found to be unenforceable for any reason in a case in which class action allegations have been made, the remainder of the Arbitration Provision shall be unenforceable.

# AGREEMENT TO FURNISH INSURANCE POLICY

Date **05/23/2020**

To Seller/Lessor **MOTORCARS OF GEORGIA**

**7865 Roswell Rd  Atlanta, GA  30350**

The undersigned Buyer/Lessee(s) agree(s) to furnish his/their own Insurance Policy, covering a vehicle which is the subject of a credit sale contract/lease dated this **23** day of **MAY**, YR **2020**

The vehicle referred to herein is described as follows:

| Year | Make | Model | Body Type | Vehicle Identification No. |
|---|---|---|---|---|
| 2020 | AUDI | R8 | COUPE | WUAKBAFX1L7900028 |

Such Insurance Policy must be delivered to the Seller/Lessor within _____ days from the date of this Agreement. The following is not an acceptable policy: Maintenance or repair contracts, One Month Policies or Insurance Certificates that make reference to a "Master Insurance Agreement." If Seller/Lessor does not receive such Policy by the time stated, Seller/Lessor may (but is not required to) procure insurance of the kind and type agreed to be furnished under the terms of the credit sale contract/lease. Such insurance may cover only Seller's/Lessor's interest in the vehicle as the law allows.

Ins.Co. **CHUBB NAT INS CO**    Agent **HENDERSON BROS INS**

**920 FORT DUQUESNE BLVD, PITTSBURGH PA 15222**    **(412)754-3225**
ADDRESS OF AGENT - STREET / CITY / STATE / ZIP / AGENT'S PHONE NUMBER

Policy No. _____ Exp. Date _____

☐ Fire & Theft -  ☐ Additional Coverage -  ☐ $ _____ Deductible Comprehensive -  ☐ $ _____ Deductible Collision

In the event Buyer/Lessee(s) fail(s) to furnish a valid insurance policy, or written evidence of insurance, of the type required under the credit sale contract/lease, Buyer/Lessee(s) hereby agree(s) to pay to Seller/Lessor or assignees any earned premium for any policy they may have to place for the above described vehicle in accordance with repayment procedures set forth in the credit sale contract/lease.

Buyer/Lessee(s) further agree(s) to assume any and all responsibility for damage to the vehicle or resulting from the use, maintenance or operation of the vehicle, and agree to hold Seller/Lessor free of any loss, claim, or liability resulting from any damage to the vehicle or from the vehicle's use, maintenance or operation.

Loss Payee **PNC BANK N.A.**
Loss Payee's Address **2730 LIBERTY AVE. PITTSBURGH, PA 15222**

NOTICE TO BUYER/LESSEE: This Agreement does not authorize the Seller/Lessor to order Public Liability or Property Damage Insurance. Any insurance ordered by the Seller/Lessor or Seller's/Lessor's Assignee will cover loss of or damage to the vehicle and will not include Public Liability or Property Damage Insurance.

BUYER'S/LESSEE'S NAME (Printed) _____    ADDRESS _____
HOME PHONE _____                          **PITTSBURGH, PA 15203**

X _____                                    X _____
BUYER'S/LESSEE'S SIGNATURE                          CO-BUYER'S/CO-LESSEE'S SIGNATURE

LAW  FORM NO. 228RS-0_e  REV 7/17
2017 The Reynolds and Reynolds Company
THERE ARE NO WARRANTIES, EXPRESS OR IMPLIED, AS TO CONTENT OR FITNESS FOR PURPOSE OF THIS FORM. CONSULT YOUR OWN LEGAL COUNSEL.

KRAUSE_0095

FORM 107347-1112
00100006

**PNC BANK**
PNC Bank, National Association
Pittsburgh, Pennsylvania

CASHIER'S CHECK

No. 7907158

8-9/430

DATE: MAY 22, 2020

PAY TO THE ORDER OF: MOTORCARS OF ATLANTA

$ 85,000.00

EIGHTY FIVE THOUSAND AND 00 / 100************************ DOLLARS

REMITTER

PNC Bank, National Association

Rose M. [signature]
OFFICIAL SIGNATURE

VOID

```
Motorcars of Atlanta
7865 Roswell Road NE
  Atlanta, GA 30350
     7703944034
05/19/2020              17:55:22
Terminal ID No.:        70578671
Credit Sale:

Transaction #:                 5
Card Type:                  Visa
Account:        ************9411
Entry:                    Manual
Invoice #:                 12105

Amount: $5,000.00

Ref. Number:        014021000911
Auth. Code:               05684D
Batch Number:                263
Response:            EXACT MATCH
AVS Response:    Y - Exact Match
CVD Response:        M - Match

        CUSTOMER COPY

         -Thank You-

X..............................
        SIGNATURE
        MERCHANT COPY

         -Thank You-
```

# MotorCars OF ATLANTA

## CASH DOWN / DEPOSIT FORM

SALESPERSON: Chris Fiffie     STOCK# LM12105A

_____

[redacted]

tsburgh                    PA    15203

[redacted]

...OTORCARS OF GEORGIA, LLC TO CHARGE MY CREDIT CARD FOR THE AMOUNT LISTED BELOW:

AMOUNT: 5,000              CARD TYPE: VISA

CARD NUMBER: [redacted]9411

EXPIRATION DATE: [redacted]     CCV/CID: [redacted]

** I ACKNOWLEDGE THAT THIS A DEPOSIT TO REMOVE THE FOLLOWING VEHICLE FROM THE MARKET AND THIS DEPOSIT IS NON-REFUNDABLE:

YEAR: 2020     MAKE: Audi     MODEL: R8

DELIVERY OR FULL PAYMENT FOR THIS TRANSACTION SHALL BE ON OR BEFORE THE FOLLOWING DATE, AT WHICH TIME THE ABOVE MENTIONED DEPOSIT SHALL BE FORFEITED AND THE CAR PLACED BACK ON THE MARKET.

DELIVERY DATE: _____

CUSTOMER SIGNATURE: [redacted]

MANAGER SIGNATURE: [signature]

ST-8 (rev 06/2014)



**Department of Revenue**
1800 Century Blvd, N.E.
Atlanta, GA 30345
1-877-423-6711

## Certificate of Exemption
## Nonresident Purchase of a Motor Vehicle
*(Please Print)*

O.C.G.A. § 48-5-440 defines "motor vehicle" as a vehicle which is designed primarily for use upon the public roads.

| TRADE NAME OF DEALER | | |
|---|---|---|
| MOTORCARS OF GEORGIA | | |
| NAME OF NONRESIDENT PURCHASER | DRIVER'S LICENSE NUMBER AND STATE (IF APPLICABLE) | |
| [redacted] | [redacted] PA | |
| ADDRESS | | |
| [redacted] | | |
| CITY | STATE | ZIP CODE |
| PITTSBURGH, PA 15203 | | |

**DESCRIPTION OF MOTOR VEHICLE**

| DATE OF PURCHASE | INVOICE NUMBER | MAKE | MODEL | VEHICLE ID NUMBER (VIN) |
|---|---|---|---|---|
| 05/23/20 | LM12105A | AUDI | R8 | WUAKBAFX1L7900028 |

### Affidavit for Out of State Delivery

Purchaser must be a non-Georgia resident living in another state or a business having its principal location outside Georgia.

Under penalties of perjury, I _____[redacted]_____, have examined this form and attest that all information contained herein is true and correct and that I will immediately transport the above referenced motor vehicle out of the State of Georgia and register it in the State of ___PA___

Signature: [redacted]
Printed Name: [redacted]
Date: 05/23/20

Dealer must maintain a copy of properly executed certificate of exemption for audit purposes.

ST-6 (rev 06/2014)



**Department of Revenue**
**1800 Century Blvd, N.E.**
**Atlanta, GA 30345**
**1-877-423-6711**

**Certificate for Out of State Delivery by the Seller using Seller's Vehicle**

*(Please Print)*

| | |
|---|---|
| **NAME OF SELLER** MOTORCARS OF GEORGIA | **DATE** 05/23/20 |
| **ADDRESS OF SELLER** 7865 Roswell Rd Atlanta, GA 30350 | |
| **NAME OF OUT OF STATE PURCHASER** [redacted] | |
| **ADDRESS OF PURCHASER** [redacted] PITTSBURGH, PA 15203 | |

**DESCRIPTION OF TANGIBLE PERSONAL PROPERTY PURCHASED**
2020  AUDI R8
WUAKBAFX1L7900028

**TOTAL SALES PRICE $** 107,249.93

Under penalties of perjury, the undersigned purchaser and seller, hereby certify that the above tangible property will be delivered by the seller or employee of the seller outside the State of Georgia and the information contained herein is true and correct.

Purchaser [redacted]
Signature
Printed Name

Seller [signature]
Signature
MOTORCARS OF GEORGIA
Printed name

**Seller must maintain a copy of properly executed certificate of exemption for audit purposes.**

KRAUSE_0098

# BUYERS GUIDE

**IMPORTANT:** Spoken promises are difficult to enforce. Ask the dealer to put all promises in writing. Keep this form.

| VEHICLE MAKE | MODEL | YEAR | VEHICLE IDENTIFICATION NUMBER (VIN) |
|---|---|---|---|
| AUDI | R8 | 2020 | WUAKBAFX1L7900028 |

**WARRANTIES FOR THIS VEHICLE:**

☐ **AS IS - NO DEALER WARRANTY**
THE DEALER DOES NOT PROVIDE A WARRANTY FOR ANY REPAIRS AFTER SALE.

☐ **DEALER WARRANTY**
  ☐ FULL WARRANTY.
  ☐ LIMITED WARRANTY. The dealer will pay ___% of the labor and ___% of the parts for the covered systems that fail during the warranty period. Ask the dealer for a copy of the warranty, and for any documents that explain warranty coverage, exclusions, and the dealer's repair obligations. *Implied warranties* under your state's laws may give you additional rights.

**SYSTEMS COVERED:**            **DURATION:**

**NON-DEALER WARRANTIES FOR THIS VEHICLE:**

☒ MANUFACTURER'S WARRANTY STILL APPLIES. The manufacturer's original warranty has not expired on some components of the vehicle.
☐ MANUFACTURER'S USED VEHICLE WARRANTY APPLIES.
☐ OTHER USED VEHICLE WARRANTY APPLIES.

Ask the dealer for a copy of the warranty document and an explanation of warranty coverage, exclusions, and repair obligations.

☐ SERVICE CONTRACT. A service contract on this vehicle is available for an extra charge. Ask for details about coverage, deductible, price, and exclusions. If you buy a service contract within 90 days of your purchase of this vehicle, implied warranties under your state's laws may give you additional rights.

**ASK THE DEALER IF YOUR MECHANIC CAN INSPECT THE VEHICLE ON OR OFF THE LOT.**

**OBTAIN A VEHICLE HISTORY REPORT AND CHECK FOR OPEN SAFETY RECALLS.** For information on how to obtain a vehicle history report, visit ftc.gov/usedcars. To check for open safety recalls, visit safercar.gov. You will need the vehicle identification number (VIN) shown above to make the best use of the resources on these sites.

**SEE OTHER SIDE** for important additional information, including a list of major defects that may occur in used motor vehicles.

Si el concesionario gestiona la venta en español, pídale una copia de la Guía del Comprador en español.

KRAUSE_0099

# SAFE-GUARD PREMIER ULTIMATE VEHICLE SERVICE CONTRACT AND REGISTRATION APPLICATION

Products International, LLC
- PREMIER TIRE, WHEEL & RIM PROTECTION • DENT & DING PROTECTION • KEY REPLACEMENT
- WINDSHIELD REPAIR PROTECTION • ROADSIDE ASSISTANCE • KEY REPLACEMENT

Page 1

## REGISTERED CUSTOMER INFORMATION

Last Name: _____  First Name: _____  Middle Initial: _____
Street Address: _____  Apt #: _____
City: PITTSBURGH  State: PA  Zip Code: 15203
Home Phone #: _____  Bus. Phone #: _____  E-mail: _____

## COVERED VEHICLE INFORMATION

Manufacturer: AUDI  Model: R8  Year: 2020
Vehicle ID #: WUAKBAFX1L7900028
Vehicle Purchase Price $: 175,500.00  Amount Financed $: 107,249.93
Vehicle Service Contract Purchase Price $: 3,000.00  New Vehicle ☐  Used Vehicle ☒ XX

## DEALER INFORMATION

Dealer #: _____  Dealership: MOTORCARS OF GEORGIA
Street Address: 7865 Roswell Rd
City: Atlanta  State: GA  Zip Code: 30350

I ("Registered Customer") whose signature appears below, acknowledge that the information contained above is, to the best of my knowledge, true. I have read the terms and conditions contained herein and I understand and agree to all of the provisions herein. This Agreement is between the Obligor and Registered Customer. **ADDITIONALLY, IF I PURCHASED THE KEY REPLACEMENT COVERAGE, I CONFIRM THAT I RECEIVED AT LEAST TWO (2) COPIES OF THE KEY TO THE VEHICLE LISTED ABOVE ("COVERED VEHICLE") ON THE MEMBERSHIP EFFECTIVE DATE.**

Date of Sale (Effective Date of Agreement): 05/23/20
Registered Customer Signature: _____
Dealer Signature: _____

**Nevada Residents Only:** By initialing this box, You acknowledge that this Agreement contains an Arbitration provision, that you have read and understand the Arbitration Procedure section and affirmatively agree to the terms contained therein. ☐

## COVERAGE OPTIONS

**COMPLETE PROTECTION** OR **INDIVIDUAL PROTECTION**

☐ **PREMIER ULTIMATE VEHICLE PROTECTION PLUS**
Includes Premier Tire, Wheel & Rim Protection, Dent & Ding Protection, Windshield Repair Protection, Roadside Assistance and Key Replacement.

☒ XX PREMIER TIRE, WHEEL & RIM PROTECTION
☐ DENT & DING PROTECTION
☐ WINDSHIELD REPAIR PROTECTION
☐ ROADSIDE ASSISTANCE
☐ KEY REPLACEMENT  Key FOB #: _____

## COVERAGE TERM

Please check (✓) one box only.
☐ 2 YEARS
☐ 3 YEARS
☐ 4 YEARS
☒ 5 YEARS

IF NO BOX IS CHECKED (✓), MAXIMUM COVERAGE WILL APPLY UNLESS COVERAGE IS DECLINED AS SHOWN BELOW. THE PURCHASE OF THE ULTIMATE VEHICLE PROTECTION PLUS IS NOT A REQUIREMENT FOR THE PURCHASE, LEASE OR FINANCING OF A COVERED VEHICLE. THIS AGREEMENT IS NOT AN INSURANCE CONTRACT. THIS IS NOT AN AUTOMOBILE LIABILITY OR PHYSICAL DAMAGE INSURANCE POLICY.

The following models are excluded and not covered under the Safe-Guard Programs: Aston Martin, Bentley, Ferrari, Lamborghini, Lotus, Maserati, Maybach, McLaren and Rolls Royce.

SEE IMPORTANT TERMS AND CONDITIONS ON THE FOLLOWING PAGES OF THIS AGREEMENT.

## DECLINATION OF ULTIMATE VEHICLE PROTECTION PLUS

☐ I do not choose to register my vehicle under the Ultimate Vehicle Protection Plus Service Contract. By not purchasing the Ultimate Vehicle Protection Plus Program, I fully understand that in the event my vehicle is involved in a road hazard incident I am not entitled to any of the Service Contract protection provisions provided under the terms of this Agreement.

Registered Customer Signature: _____  Date: _____
Dealer Signature: _____  Date: _____

SAFE-GUARD PRODUCTS INTERNATIONAL, LLC ("Administrator"/"Obligor"/"Provider")
Two Concourse Parkway, Suite 500, Atlanta, GA 30328 • 800-742-7896
Roadside Assistance and Key Replacement services provided by SafeRide Motor Club, Inc., 13901 Midway Road, Suite 102-429, Dallas, TX 75244-4388

White: DEALER   Yellow: SAFE-GUARD   Pink: Lienholder   Goldenrod: CUSTOMER

SGVPDWRKSA
Rev 8/12

KRAUSE_0100

# RETAIL INSTALLMENT SALE CONTRACT — SIMPLE FINANCE CHARGE

Dealer Number _____  Contract Number _____

| Buyer Name and Address (Including County and Zip Code) | Co-Buyer Name and Address (Including County and Zip Code) | Seller-Creditor (Name and Address) |
|---|---|---|
| [redacted] PITTSBURGH, PA 15203 | N/A | MOTORCARS OF GEORGIA 7865 Roswell Rd Atlanta, GA 30350 |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements on the front and back of this contract. You agree to pay the Seller - Creditor (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge in U.S. funds according to the payment schedule below. We will figure your finance charge on a daily basis. The Truth-In-Lending Disclosures below are part of this contract.

| New/Used | Year | Make and Model | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|
| USED | 2020 | AUDI R8 | WUAKBAFX1L7902028 | Personal, family, or household unless otherwise indicated below ☐ business  ☐ agricultural  ☐ N/A |

## FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. | Total Sale Price The total cost of your purchase on credit, including your down payment of $85,000.00 is |
|---|---|---|---|---|
| ___ % | $ 11,399.8 | $ 107,249.93 | $ 118,648.80 | $ 203,648.80 |

### Your Payment Schedule Will Be:

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 60 | $ 977.48 | Monthly beginning 07/07/20 |
| N/A | N/A | N/A |

Or As Follows: N/A

**Late Charge.** If payment is not received in full within __10__ days after it is due, you will pay a late charge of $ 50.00 or 5 % of the part of the payment that is late, whichever is less.
**Prepayment.** If you pay off all your debt early, you will not have to pay a penalty.
**Security Interest.** You are giving a security interest in the vehicle being purchased.
**Additional Information:** See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date and security interest.

### ITEMIZATION OF AMOUNT FINANCED

1. Cash Price (including taxes of $ 17,550.93 ) ........................... $ 108,050.93 (1)
2. Total Downpayment =
   Trade-in ___ (Year) ___ (Make) ___ (Model)
   Gross Trade-In Allowance .................... $ N/A
   Less Pay Off Made By Seller ................ $ N/A
   Equals Net Trade In ............................. $ N/A
   + Cash .................................................. $ 85,000.00
   + Other ................................................. $ N/A
   (If total downpayment is negative, enter "0" and see 4I below) ... $ 85,000.00 (2)
3. Unpaid Balance of Cash Price (1 minus 2) ............................ $ 103,050.9 (3)
4. Other Charges Including Amounts Paid to Others on Your Behalf
   (Seller may keep part of these amounts):
   A. Cost of Optional Credit Insurance Paid to Insurance
      Company or Companies.
      Life ................................................. $ N/A
      Disability ........................................ $ N/A    $ N/A
   B. Vendor's Single Interest Insurance Paid to Insurance Company   $ N/A
   C. Other Optional Insurance Paid to Insurance Company or Companies  $ N/A
   D. Optional Gap Contract                                          $ N/A
   E. Official Fees Paid to Government Agencies
      to ___ N/A ___ for ___ N/A ___                                  $
      to ___ N/A ___ for ___ N/A ___

### Insurance.
You may buy the physical damage insurance this contract requires (see back) from anyone you choose who is authorized to sell such insurance in Georgia. You are not required to buy any other insurance to obtain credit unless the box indicating Vendor's Single Interest Insurance is required is checked below.

If any insurance is checked below, policies or certificates from the named insurance companies will describe the terms and conditions.

**Check the insurance you want and sign below:**
**Optional Credit Insurance**
☐ Credit Life:  ☐ Buyer  ☐ Co-Buyer  ☐ Both
☐ Credit Disability:  ☐ Buyer  ☐ Co-Buyer  ☐ Both

Premium:
Credit Life $ ___ N/A
Credit Disability $ ___ N/A
Insurance Company Name ___ N/A
___ N/A
Home Office Address ___ N/A

Credit life insurance and credit disability insurance are not required to obtain credit. Your decision to buy or not buy credit life insurance and credit disability insurance will not be a factor in the credit approval process. They will not be provided unless you sign and agree to pay the extra cost. If you choose this insurance, the cost is shown in Item 4A of the Itemization of Amount Financed. Credit life insurance is based on your original payment schedule. This insurance may not pay all you owe on this contract if you make late payments. Credit disability insurance does not cover any increase in your payment or in the number of payments. Coverage for credit life insurance and credit disability insurance ends on the original due date for the last payment unless a different term for the insurance is shown below.

**Other Optional Insurance**
☐ ___ N/A ___ ___ N/A
     Type of Insurance          Term
Premium $ ___ N/A
Insurance Company Name ___ N/A
___ N/A
Home Office Address ___ N/A

☐ ___ N/A ___ ___ N/A
     Type of Insurance          Term
Premium $ ___ N/A
Insurance Company Name ___ N/A
___ N/A
Home Office Address ___ N/A

Other optional insurance is not required to obtain credit. Your decision to buy or not buy other optional insurance will not be a factor in the credit approval process. It will not be

KRAUSE_0101

| | | | | |
|---|---|---|---|---|
| | to | N/A | for | $ N/A |
| F | Government Taxes Not Included in Cash Price | | | $ N/A |
| G | Government License and/or Registration Fees | | | $ N/A |
| H | Government Certificate of Title Fees | | | $ 100.00 |
| I | Other Charges (Seller must identify who is paid and describe purpose.) | | | |
| | to | N/A | for Prior Credit or Lease Balance | $ N/A |
| | to | MOTORCARS OF | for ADMIN FEE | $ 799.00 |
| | to | N/A | for N/A | $ N/A |
| | to | N/A | for N/A | $ N/A |
| | to | N/A | for N/A | $ N/A |
| | to | SAME AS ABOVE | for TIRE & WHEEL | $ 3,000.00 |
| | to | N/A | for N/A | $ N/A |
| | to | N/A | for N/A | $ N/A |
| | to | N/A | for N/A | $ N/A |
| | Total Other Charges and Amounts Paid to Others on Your Behalf | | | $ 4,199.00 (4) |
| 5 | Amount Financed (3 + 4) | | | $ 107,249.? (5) |

**OPTION:** ☐ You pay no finance charge if the Amount Financed, item 5, is paid in full on or before _____ N/A _____, Year _N/A_ SELLER'S INITIALS _N/A_

☐ **VENDOR'S SINGLE INTEREST INSURANCE (VSI Insurance):** If the preceding box is checked, the Creditor requires VSI insurance for the initial term of the contract to protect the Creditor for loss or damage to the vehicle (collision, fire, theft). VSI insurance is for the Creditor's sole protection. This insurance does not protect your interest in the vehicle. **You may choose the insurance company through which the VSI insurance is obtained.** If you elect to purchase VSI insurance through the Creditor, **the cost of this insurance is $** _____ **and is also** shown in item 4B of the Itemization of Amount Financed. The coverage is for the initial term of the contract.

**OPTIONAL GAP CONTRACT.** A gap contract (debt cancellation contract) is not required to obtain credit and will not be provided unless you sign below and agree to pay the extra charge. If you choose to buy a gap contract, the charge is shown in item 4D of the Itemization of Amount Financed. See your gap contract for details on the terms and conditions it provides. It is a part of this contract.

Term _____ N/A _____ Mos.    Name of Gap Contract _____ N/A _____

I want to buy a gap contract.
Buyer Signs X _____ N/A _____

### NO COOLING OFF PERIOD
State law does not provide for a "cooling off" or cancellation period for this sale. After you sign this contract, you may only cancel it if the seller agrees or for legal cause. You cannot cancel this contract simply because you change your mind.

*The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.*

**HOW THIS CONTRACT CAN BE CHANGED.** This contract contains the entire [REDACTED] us relating to this contract. Any change to this contract must be in writing and we must sign it. No oral changes are binding. Buyer Signs X [REDACTED]  Co-Buyer Signs X _N/A_
If any part of this contract is not valid, all other parts stay valid. We may delay or refrain from enforcing any of our rights under this contract without losing them. For example, we may extend the time for making some payments without extending the time for making others.
See back for other important agreements.

**NOTICE TO THE BUYER:** Do not sign this contract before you read it or if it contains any blank spaces. You are entitled to an exact copy of the contract you sign.

You agree to the terms of this contract. You confirm that before you signed this contract, we gave it to you, and you were free to take it and review it. You confirm that you received a completely filled-in copy when you signed it.

Buyer Signs X [REDACTED]  Date 05/23/20  Co-Buyer Signs X _N/A_  Date _N/A_

Co-Buyers and Other Owners — A co-buyer is a person who is responsible for paying the entire debt. An other owner is a person whose name is on the title to the vehicle but does not have to pay the debt. The other owner agrees to the security interest in the vehicle given to us in this contract.

Other owner signs here X _N/A_  Date _N/A_  Address _N/A_
Seller signs _MOTORCARS OF GEORGIA_  Date _05/23/20_  By X _____  Title _____

Seller assigns its interest in this contract to _TD BANK N.A._  (Assignee) under the terms of Seller's agreement(s) with Assignee.
☐ Assigned with recourse    ☐ Assigned without recourse    ☐ Assigned with limited recourse

Seller _MOTORCARS OF GEORGIA_  By _____  Title _____

iLAW  FORM NO. 553-GA 9/15  U.S. PATENT NO. D460,762
©2015 The Reynolds and Reynolds Company  TO ORDER: www.reysource.com; 1-800-344-0996; fax 1-800-531-9055
THE PRINTER MAKES NO WARRANTY, EXPRESS OR IMPLIED, AS TO CONTENT OR FITNESS FOR PURPOSE OF THIS FORM. CONSULT YOUR OWN LEGAL COUNSEL.

FILE COPY

KRAUSE_0102

# MotorCars OF ATLANTA

Guest Name: ███████████

Business Mgr: Suzi

Date: 5/28/20
Stock#: LM12105A
Deal#:

| PREMIER | EXECUTIVE | STANDARD | BASIC |
|---|---|---|---|
| ~~GAP~~ (Guaranteed Asset Protection) 900 * Provides additional coverage for total loss due to accident, fire, or theft | ~~GAP~~ (Guaranteed Asset Protection) 900 * Provides additional coverage for total loss due to accident, fire, or theft | ~~GAP~~ (Guaranteed Asset Protection) 900 * Provides additional coverage for total loss due to accident, fire, or theft | TIRE & WHEEL * Provides additional coverage for tires/wheels due to road hazard |
| UVP * Cosmetic, T/W, Key, Dent, Windshield repair, Roadside Assistance | UVP * Cosmetic, T/W, Key, Dent, Windshield repair, Roadside Assistance | TIRE & WHEEL * Provides additional coverage for tires/wheels due to road hazard | DENT & DING *Paintless dent repair 4 inches and smaller ✓ |
| CLEAR BRA * Protective film application on front of vehicle $2395 | CLEAR BRA * Protective film application on front of vehicle | DENT & DING *Paintless dent repair 4 inches and smaller | |
| CERAMIC POLYMER SHIELD * Paint Sealant on exterior of vehicle $2350 | VEHICLE SERVICE CONTRACT * Covers Parts & Labor, Rental, Towing, RA & Trip interruption NA | CLEAR BRA * Protective film application on front of vehicle | |
| VEHICLE SERVICE CONTRACT * Covers Parts & Labor, Rental, Towing, RA & Trip interruptio | | Window & Tint - 799 | |

Basic column handwritten:
2 - 2475
3 - 2650
4 - 2825
5 - 3000 (circled)

2 - 799
3 - 825
4 - 850
5 - 875

Premier column handwritten (Retail):
2 - 3395
3 - 3570
4 - 3785
5 - 3999

KRAUSE_0103