# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **American Family Home Insurance a/s/o Adrian Biesecker,**  *Plaintiff,*  v.  **McLaren Automotive, Inc. and Krause Family Motorcars, LLC,**  *Defendants.* | Case No. 2:21-cv-04016-JDW |

## ORDER

AND NOW, this 24th day of February, 2022, upon consideration of the Motion To Dismiss Of Defendant, Krause Family Motorcars, LLC (ECF No. 3), it is **ORDERED** that the Motion is **GRANTED** for the reasons stated in the accompanying Memorandum. All claims against Krause Family Motorcars, LLC are **DISMISSED WITHOUT PREJUDICE** pursuant to Fed. R. Civ. P. 12(b)(2).

**BY THE COURT:**

*/s/ Joshua D. Wolson*
HON. JOSHUA D. WOLSON
United States District Judge